UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES DOE, et al.,<br>    *Plaintiffs,* | :<br>:<br>: |
| v. | :   CIVIL NO. 3:16cv1703(AVC) |
| | : |
| GLADYS PISANI, et al.,<br>    *Defendants.* | :<br>: |

## ORDER

On January 21, 2022, Defendants filed an Amended Notice of Appeal, ECF No. 133, of the court's denial of reconsideration, ECF No. 132, with respect to the underlying denial of Defendants' Motion for Summary Judgment, ECF No. 118.  While on appeal, the case was transferred to the undersigned, ECF No. 137.  On June 29, 2023, the United States Court of Appeals for the Second Circuit concluded that Defendants are entitled to qualified immunity with respect to the claims against them in this case, *see Doe, et al. v. Pisani, et al.*, 2023 WL 4240987 at 4–5.  In light of that decision, and at the Second Circuit's direction, the court hereby respectfully directs the Clerk of Court to render judgment in favor of Defendants and to close this case.[1]  *Id.* at 10.

**IT IS SO ORDERED** at Hartford, Connecticut, this 24th day of July, 2023.

                                                   /s/
                                    OMAR A. WILLIAMS
                                    UNITED STATES DISTRICT JUDGE

---

[1] Among the most difficult responsibilities of a jurist is applying the probable cause standard to printed text, knowing that the court's findings can: protect (or fail to protect) the most vulnerable members of society; irreparably (and sometimes unjustifiably) destroy reputations; deeply impact the family dynamic; and set weighty guilt and regret upon complainants who seek to recant some or all of their original claims, or to prevent prosecution before it begins.  This low legal bar is utilized to navigate tremendously complex situations, some of which might never likely result in criminal conviction.  When it is satisfied, it can be the catalyst for well-needed services; thus, an arrest has the potential for great good and for great harm.  In directing judgment as stated herein, the court appreciates the great impact this ruling will have not only on the named parties, but also on many others connected to this case.